STATE v. SMITH

No. 352P82.

Case below: 57 N.C. App. 372.

Petition by defendant for discretionary review under G.S. 7A-31 denied 1 July 1982.

STATE v. WILLIAMS

No. 345P82.

Case below: 57 N.C. App. 372.

Petition by defendant for discretionary review under G.S. 7A-31 denied 22 June 1982.